IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GANIYU AYINLA JAIYEOLA,  )
　　　　　　　　　　　　　　)
　　　　*Plaintiff,*　　　　 )
　　　　　　　　　　　　　　)
vs　　　　　　　　　　　　 )　　Case No.: 20-2068-EFM
　　　　　　　　　　　　　　)
GARMIN INTERNATIONAL,　)
INC.,　　　　　　　　　　　)
　　　　　　　　　　　　　　)
　　　　*Defendant.*　　　　)
　　　　　　　　　　　　　　)

**ORDER**

On November 9, 2022, this Court entered an Order imposing filing restrictions on plaintiff, after considering his objections to same. The Court found the docket of this case "replete with Plaintiff's abuses of the judicial process" and noted another judge's warning to Plaintiff that "continued frivolous or vexations motions practice in this case may result in the imposition of monetary sanctions or filing restrictions, or both. Therefore, the Court restricted Plaintiff's leave to file matters in this court without approval.

On September 25, 2023, the clerk of this court received two packages from Plaintiff: an 18-page motion for leave (with exhibit) and a 45-page Motion for Leave (with exhibits). In the first, he sought leave from an Order filed in this court at Doc. 214. That document itself was a ruling on Plaintiff's Motion for Reconsideration, as well as an order denying a request for appointment of special master. In the second, he sought relief from an Order filed in this court at Doc. 171. The Order addressed the same matter.

For brief context of an unnecessarily protracted matter: The Court had dismissed this case on June 24, 2021 (Doc 171), which order Plaintiff had appealed to the Tenth Circuit Court of

Appeals. The Tenth Circuit affirmed the dismissal on April 26, 2022. On June 21, 2022, Plaintiff filed a motion "For Relief from Orders" (Doc. 204) asking the Court to vacate its dismissal which the Court of Appeals had affirmed. On September 1, 2022, the Court denied that motion (Doc. 209). Plaintiff within a week filed for reconsideration of that order (Doc. 210), which motion the Court promptly denied (Doc. 214). Again, within a week, Plaintiff filed for reconsideration of that order (Doc. 215), which the Court denied, and imposed filing restrictions with an opportunity to object before the filing restrictions became final (Doc. 218). As noted above, Plaintiff objected, and the Court imposed filing restrictions. Meanwhile, Plaintiff again appealed this matter to the Tenth Circuit Court of Appeals, which quickly denied the appeal and affirmed the filing restrictions. The two submissions which the Court directed not be filed were yet another attempt by Plaintiff to appeal this matter (one with reference to Doc. 171, the other with reference to Doc. 214 – as noted, the Orders addressed the exact same matter; the dismissal of this case).

As the dismissal of this case had twice been affirmed by the Tenth Circuit, and several times had a motion seeking some form of reconsideration of such orders denied, yet two other attempted bites at the apple were frivolous and vexatious, and merited the invocation of the filing restrictions previously filed and affirmed.

IT IS THEREFORE ORDERED that the submissions from Plaintiff received on September 25, 2023 not be filed but returned to the Plaintiff.

IT IS SO ORDERED.

Dated this 27th day of September, 2023.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE